**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:George H. Hamlin<br>    **xxx-xx-3605**<br>    1118 Willow Street<br>    Norristown, PA 19401<br><br>    Debtor | : CHAPTER 13<br>: CASE NO. 15-12724-SR<br>:<br>: HEARING DATE: 7/22/2015<br>: TIME: 10:00 A.M.<br>: LOCATION: COURT ROOM No. 4<br>: United States Bankruptcy Ct.<br>: 900 Market St., 2nd Floor<br>: Philadelphia, PA 19107 |

**CERTIFICATION OF SERVICE**

    I, Michael W. Gallagher, Esquire, attorney for the Debtor, do hereby certify that on June 24, 2015 I did serve the attached Objection to Allowance of Claim, together with Notice of Objection to Claim and Hearing Date, by electronic means and/or regular first class mail, postage prepaid, on the persons set forth below, at the addresses listed with each name:

| | |
|---|---|
| Frederick L. Reigle, Esquire<br>Chapter 13 Standing Trustee<br>P.O. Box 4010<br>Reading, PA 19606 | Frederick J. Baker, Esquire<br>Senior Asst. U.S. Trustee<br>833 Chestnut Street, Suite 500<br>Philadelphia, PA 19107 |
| John R. Callison, Esquire<br>Buckley Madole, P.C.<br>P. O. Box 9013<br>Addison, TX 75001<br>Agent/Counsel for<br>Toyota Motor Credit Corporation | Michael R. Groff, President<br>Toyota Motor Credit Corporation<br>19001 South Western Avenue<br>Torrance, CA 90501 |

| | |
|---|---|
| Dated:June 24, 2015 | /s/ Michael W. Gallagher<br>MICHAEL W. GALLAGHER, ESQUIRE<br>401 West Johnson Highway<br>Suite 4<br>East Norriton, PA 19401<br>(484)679-1488<br>(610)365-7919 Fax<br>Attorney for Debtor |