**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:George H. Hamlin** | : CHAPTER 13 |
| **xxx-xx-3605** | : CASE NO. 15-12724-SR |
| **1118 Willow Street** | : |
| **Norristown, PA 19401** | : HEARING DATE: 7/22/2015 |
| | : TIME: 10:00 A.M. |
| | : LOCATION: COURT ROOM No. 4 |
| **Debtor** | : United States Bankruptcy Ct. |
| | : 900 Market St., 2nd Floor |
| | : Philadelphia, PA 19107 |

**ORDER**

AND NOW, this         Day of                    , 2015, upon consideration of the Objection of the Debtor to the proof of claim of Toyota Motor Credit Corporation, claim No. 2 on the claims register of the case, said claim is now hereby modified as follows:

The interest rate is reduced to 3.75%

BY THE COURT:

_____
Stephen Raslavich
U.S. Bankruptcy Judge