B 10 (Official Form 10)

| UNITED STATES BANKRUPTCY COURT | FOR THE EASTERN DISTRICT OF PENNSYLVANIA PHILADELPHIA DIVISION | PROOF OF CLAIM |
|---|---|---|

| | | |
|---|---|---|
| Name of Debtor:<br><br>George H. Hamlin | Case Number:<br><br>15-13069-SR | |

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Toyota Motor Credit Corporation

**COURT USE ONLY**

Name and address where notices should be sent:
 Toyota Motor Credit Corporation
 PO Box 9013
 Addison, Texas 75001

 Telephone number: (800) 766-7751 email: pocquestions@nbsdefaultservices.com

☐ Check this box if this claim amends a previously filed claim.

Court Claim Number: _____
 *(If Known)*

 Filed on _____

Name and address where payment should be sent: (if different from above):
 Toyota Motor Credit Corporation
 P.O. Box 9490
 Cedar Rapids, Iowa 52409-9490

 Telephone number: email:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:** $12,542.12

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

☒ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:** Goods Sold
(See instruction #2)

| **3. Last four digits of any number by which creditor identifies debtor:** 5290 | **3a. Debtor may have scheduled account as:**<br><br>(See instruction #3a) | **3b. Uniform Claim Identifier (optional):**<br><br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim** (See instruction #4)
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

**Nature of property or right of setoff:** ☐ **Real Estate** ☒ **Motor Vehicle** ☐ **Other**
**Describe:** 2012 TOYOTA TUNDRA, 5TFCY5F13CX013579

**Value of Property:** $12,542.12

**Annual Interest Rate:** 6.2500% ☒ Fixed ☐ Variable

(when case was filed)

**Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:**

$2,327.85

**Basis for perfection:** Recordation of Lien

**Amount of Secured Claim:** $12,542.12

**Amount Unsecured:** _____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier - 11 U.S.C. §507(a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(5).

**Amount entitled to priority:**

_____

☐ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family or household use - 11 U.S.C. §507(a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507(a) (__).

*Amounts are subject to adjustment on 04/01/2016 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)



EXHIBIT
A

B10Form_Ver001 1 3512-N-3633

**7. Documents:** Attached are **redacted** copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, security agreements, or, in the case of a claim based on an open-end or revolving consumer credit agreement, a statement providing the information required by FRBP 3001(c)(3)(A). If the claim is secured, box 4 has been completed, and **redacted** copies of documents providing evidence of perfection of a security interest are attached. If the claim is secured by the debtor's principal residence, the Mortgage Proof of Claim Attachment is being filed with this claim. *(See instruction #7, and the definition of "**redacted**".)*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

---

**8. Signature**: (See instruction #8)

Check the appropriate box.

☐  I am the creditor.    ☒  I am the creditor's authorized agent.    ☐  I am the trustee, or the debtor, or their authorized agent. (See Bankruptcy Rule 3004.)    ☐  I am a guarantor, surety, indorser, or other codebtor. (See Bankruptcy Rule 3005.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

Print Name:    John R. Callison
Title:    Authorized Agent for Toyota Motor Credit Corporation
Company:    Buckley Madole, P.C.    /s/ John R. Callison
(Signature)

Address and telephone number (if different from notice address above):    06/22/2015
    P. O. Box 9013    (Date)
    Addison, TX 75001

Telephone number:    (972) 643-6600    email:    POCInquiries@BuckleyMadole.com

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

PROOF OF CLAIM - ADDENDUM                                                                          POC_ExhAConsAC
Trustee: Frederick L. Reigle                                                                       3512-N-3633

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

IN RE:                                    §
                                          §        **CASE NO. 15-13069-SR**
**GEORGE H. HAMLIN**                      §
                                          §        **CHAPTER 13**
                                          §
                                          §        **JUDGE STEPHEN RASLAVICH**
                                          §

**EXHIBIT A**

ITEMIZATION OF CLAIM AND SUMMARY OF SUPPORTING
DOCUMENTS FOR CLAIM OF TOYOTA MOTOR CREDIT CORPORATION

REGARDING CERTAIN COLLATERAL DESCRIBED AS:
2012 TOYOTA TUNDRA 5TFCY5F13CX013579

**SECTION 1. ITEMIZATION OF CLAIM**

A.    Total Debt as of April 30, 2015
      Principal Balance and Accrued Unpaid Interest                        $12,542.12
                                                                    _____
      TOTAL DEBT
                                                                           $12,542.12


B.    Total Arrearage as of April 30, 2015
      Regular Monthly Installments                                          $2,327.85
      January 28, 2015 through April 30, 2015
                                                                    _____

                                                                            $2,327.85
      TOTAL ARREARAGES

POC_ExhAConsAC                                1                                   3512-N-3633
Trustee: Frederick L. Reigle

## CERTIFICATE OF SERVICE OF PROOF OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before the 22nd day of June 2015 via electronic notice unless otherwise stated:

**Debtor** *Via U.S. Mail*
George H. Hamlin
115 Wischman Avenue
Oreland, PA 19075-1247

**Debtors' Attorney**
Michael W. Gallagher
Attorney At Law
401 W JOHNSON HWY STE 4
EAST NORRITON, PA 19401-1983

**Chapter 13 Trustee**
Frederick L. Reigle
2901 St. Lawrence Ave., P.O. Box 4010
Reading, Pennsylvania 19606

**US Trustee**
Office of the US Trustee
833 Chestnut Street, Suite 500
Philadelphia, Pennsylvania 19107

/s/ John R. Callison
John R. Callison