IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: George H. Hamlin | : CHAPTER 13 |
| xxx-xx-3605 | : CASE NO. 15-13069-SR |
| 1118 Willow Street | : |
| Norristown, PA 19401 | : HEARING DATE: 7/22/2015 |
| | : TIME: 10:00 A.M. |
| | : LOCATION: COURT ROOM No. 4 |
| Debtor | : United States Bankruptcy Ct. |
| | : 900 Market St., 2nd Floor |
| | : Philadelphia, PA 19107 |

15-13069

## ORDER

AND NOW, this 22ND Day of July, 2015, upon consideration of the Objection of the Debtor to the proof of claim of Toyota Motor Credit Corporation, claim No. 2 on the claims register of the case, said claim is now hereby modified as follows:

The interest rate is reduced to 3.75%.

BY THE COURT:

_____
Stephen Raslavich
U.S. Bankruptcy Judge